# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH DAKOTA

**United States of America**
V.
**Michael Raymond Holst**

## EXHIBIT LIST

Case Number: **5:22-cr-50022-01**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jeffrey L. Viken, United States District Judge | Sarah Collins & Anna Lindrooth | Jennifer Albertson |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| June 27, 2023 - June 29, 2023 | Sheri Not Help Him | SLT |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 6/27/2023 | X | Cybertip |
| 2 | | | 6/27/2023 | X | Illicit material – Cybertip image |
| 2A | | | 6/27/2023 | X | NCMEC Certificate of Authenticity |
| 2B | | | 6/28/2023 | X | Illicit material - Redacted Cybertip image shown to Defendant |
| 2C | | | 6/27/2023 | X | Vast IP information |
| 2C.1 | | | 6/27/2023 | X | Vast Certificate of Authenticity |
| 2D | | | 6/27/2023 | X | Verizon content |
| 2D.1 | | | 6/27/2023 | X | Verizon Certificate of Authenticity |
| 3 | | | 6/27/2023 | X | Verizon/Syncronoss records |
| 3A | | | 6/27/2023 | X | Verizon/Syncronoss Certificate of Authenticity |
| 4 | | | 6/28/2023 | X | Illicit material – Child pornography image |
| 5 | | | 6/28/2023 | X | Illicit material – Child pornography image |
| 6 | | | 6/28/2023 | X | Illicit material – Child pornography image |
| 7 | | | 6/28/2023 | X | Illicit material – Child pornography image |
| 8 | | | 6/28/2023 | X | Illicit material – Child pornography image |
| 9 | | | 6/28/2023 | X | Illicit material – Child pornography image |
| 10 | | | 6/28/2023 | X | Illicit material – Child pornography image |
| 11 | | | 6/28/2023 | X | Illicit material – Child pornography image |
| 12 | | | 6/28/2023 | X | Illicit material – Child pornography image |
| 13 | | | 6/28/2023 | X | Illicit material – Computer generated image |
| 14 | | | 6/28/2023 | X | Illicit material – Computer generated image |

| | | | | | |
|---|---|---|---|---|---|
| **United States of America** | | | | **v.** | **Michael Raymond Holst**     **5:22-cr-50022-01** |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| **14A** | | | **6/28/2023** | **X** | **Illicit material – Screenshot of "About" from Hentai website** |
| **14B** | | | **6/28/2023** | **X** | **Illicit material – Screenshot of "Rules" from Hentai website** |
| **15** | | | **6/28/2023** | **X** | **Illicit material – computer generated image** |
| **16** | | | **6/28/2023** | **X** | **Illicit material – Computer generated image** |
| **17** | | | **6/28/2023** | **X** | **Illicit material – Computer generated image** |
| **18** | | | **6/28/2023** | **X** | **Illicit material – Computer generated image** |
| **19** | | | **6/28/2023** | **X** | **Illicit material – Computer generated image** |
| **20** | | | **6/28/2023** | **X** | **Illicit material – Computer generated image** |
| **21** | | | **6/28/2023** | **X** | **Illicit material – Computer generated image** |
| **22** | | | **6/28/2023** | **X** | **Illicit material – Computer generated image** |
| **23** | | | **6/28/2023** | **X** | **Photo – Defendant in black t-shirt located in Syncronoss account** |
| **24** | | | **6/28/2023** | **X** | **Photo – Defendant tattoo located in Syncronoss account** |
| **25** | | | **6/28/2023** | **X** | **Photo – Defendant in front of animated wolf located in Syncronoss account** |
| **26** | | | **6/28/2023** | **X** | **Photo – Defendant's house (exterior)** |
| **27** | | | **6/28/2023** | **X** | **Photo – Defendant's exterior door** |
| **28** | | | **6/28/2023** | **X** | **Photo – Damaged front door frame** |
| **29** | | | **6/28/2023** | **X** | **Photo – Boot print on front door** |
| **30** | | | **6/28/2023** | **X** | **Photo – Defendant living/bedroom** |
| **31** | | | **6/28/2023** | **X** | **Photo - Defendant living/bedroom** |
| **32** | | | **6/28/2023** | **X** | **Photo – Defendant's kitchen** |
| **33** | | | **6/28/2023** | **X** | **Photo – Defendant's bookshelf and chair** |
| **34** | | | **6/28/2023** | **X** | **Photo – Defendant's bed and chair** |
| **35** | | | **6/28/2023** | **X** | **Photo – Defendant's bed with cell phone** |
| **36** | | | **6/28/2023** | **X** | **Photo – Defendant's cell phone** |
| **37** | | | **6/28/2023** | **X** | **Photo – Defendant's bookshelf** |
| **38** | | | **6/28/2023** | **X** | **Photo – Open box with San Disk 16GB Micro SD card** |
| **39** | | | **6/28/2023** | **X** | **Photo – Close up of San Disk 16GB Micro SD card** |
| **40** | | | **6/28/2023** | **X** | **Physical Exhibit - Samsung Galaxy S9 (IMEI ending in 5301) (ICAC Item #1)** |
| **40A** | | | **6/28/2023** | **X** | **Device information of Exhibit 40** |

| | | | | | |
|---|---|---|---|---|---|
| **United States of America** | | | **v.** | **Michael Raymond Holst** | **5:22-cr-50022-01** |
| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
| **40B** | | | **6/28/2023** | **X** | **Defendant credit card saved on device** |
| **41** | | | **6/28/2023** | **X** | **Web download History – VIP Hentai** |
| **42** | | | **6/28/2023** | **X** | **Web bookmarks** |
| **43** | | | **6/28/2023** | **X** | **Web history – last visited prior to arrest** |
| **44** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **44A** | | | **6/28/2023** | **X** | **File information of Exhibit 44** |
| **45** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **45A** | | | **6/28/2023** | **X** | **File information of Exhibit 45** |
| **46** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **46A** | | | **6/28/2023** | **X** | **File information of Exhibit 46** |
| **47** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **47A** | | | **6/28/2023** | **X** | **File information of Exhibit 47** |
| **48** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **48A** | | | **6/28/2023** | **X** | **File information of Exhibit 48** |
| **49** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **49A** | | | **6/28/2023** | **X** | **File information of Exhibit 49** |
| **50** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **50A** | | | **6/28/2023** | **X** | **File information of Exhibit 50** |
| **51** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **51A** | | | **6/28/2023** | **X** | **File information of Exhibit 51** |
| **52** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **52A** | | | **6/28/2023** | **X** | **File information of Exhibit 52** |
| **53** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **53A** | | | **6/28/2023** | **X** | **File information of Exhibit 53** |
| **54** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **54A** | | | **6/28/2023** | **X** | **File information of Exhibit 54** |
| **55** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |
| **55A** | | | **6/28/2023** | **X** | **File information of Exhibit 55** |
| **56** | | | **6/28/2023** | **X** | **Illicit material – Child pornography image** |

| United States of America | | | | v. | | Michael Raymond Holst | 5:22-cr-50022-01 |
|---|---|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **COURT NO.** | **DATE OFFERED** | **ADMITTED** | | **DESCRIPTION OF EXHIBITS** | |
| 56A | | | 6/28/2023 | X | | File information of Exhibit 56 | |
| 57 | | | 6/28/2023 | X | | Illicit material – Child pornography image | |
| 57A | | | 6/28/2023 | X | | File information of Exhibit 57 | |
| 58 | | | 6/28/2023 | X | | Photo – Defendant holding driver's license located on Samsung | |
| 58A | | | 6/28/2023 | X | | File information of Exhibit 58 | |
| 59 | | | 6/28/2023 | X | | Photo – Defendant holding driver's license and Exhibit 40 located on Samsung | |
| 59A | | | 6/28/2023 | X | | File information of Exhibit 59 | |
| 60 | | | 6/28/2023 | X | | Photo – Defendant with shirt off located on Samsung | |
| 60A | | | 6/28/2023 | X | | File information of Exhibit 60 | |
| 61 | | | 6/28/2023 | X | | Photo – Defendant's car located on Samsung | |
| 61A | | | 6/28/2023 | X | | File information of Exhibit 61 | |
| 62 | | | 6/28/2023 | X | | Physical Exhibit - San Disk Ultra 16GB USB (Serial N1216509143DV5) | |
| 63 | | | 6/28/2023 | X | | Illicit material – Child pornography image | |
| 63A | | | 6/28/2023 | X | | File information of Exhibit 63 | |
| 64 | | | 6/28/2023 | X | | Illicit material – Child pornography image | |
| 64A | | | 6/28/2023 | X | | File information of Exhibit 64 | |
| 65 | | | 6/28/2023 | X | | Illicit material – Child pornography image | |
| 65A | | | 6/28/2023 | X | | File information of Exhibit 65 | |
| 66 | | | 6/28/2023 | X | | Illicit material – Child pornography image | |
| 66A | | | 6/28/2023 | X | | File information of Exhibit 66 | |
| 67 | | | 6/28/2023 | X | | Illicit material – Child pornography image | |
| 67A | | | 6/28/2023 | X | | File information of Exhibit 67 | |
| 68 | | | 6/28/2023 | X | | Illicit material – Child pornography image | |
| 68A | | | 6/28/2023 | X | | File information of Exhibit 68 | |
| 69 | | | 6/28/2023 | X | | Illicit material – Child pornography image | |
| 69A | | | 6/28/2023 | X | | File information of Exhibit 69 | |
| 70 | | | 6/28/2023 | X | | Photo – Defendant with shirt off located on San Disk Ultra 16GB USB | |
| 70A | | | 6/28/2023 | X | | File information of Exhibit 70 | |
| 71 | | | 6/28/2023 | X | | Photo – Defendant holding his driver's license located on San Disk Ultra 16GB USB | |

| | United States of America | | | v. | | Michael Raymond Holst | 5:22-cr-50022-01 |
|---|---|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **COURT NO.** | **DATE OFFERED** | **ADMITTED** | | **DESCRIPTION OF EXHIBITS** | |
| **71A** | | | **6/28/2023** | **X** | | **File information of Exhibit 71** | |
| **72** | | | **6/28/2023** | **X** | | **E-mail from Defendant to Det. Harding** | |
| **73** | | | **6/27/2023** | **X** | | **Physical Exhibit - Defendant Interview** | |
| **73A** | | | **6/27/2023** | **DEM** | | **Defendant Interview Transcript** | |
| **74** | | | **6/28/2023** | **X** | | **Image shown to Defendant in interview – self with ID** | |
| **75** | | | **6/28/2023** | **X** | | **Image shown to Defendant in interview – selfie with tattoo** | |
| **76** | | | **6/28/2023** | **X** | | **Illicit material – Redacted image shown to Defendant in interview** | |
| **77** | | | **6/28/2023** | **X** | | **Illicit material – Redacted image shown to Defendant in interview** | |
| **78** | | | **6/28/2023** | **X** | | **Illicit material – Redacted image shown to Defendant in interview** | |
| **79** | | | **6/28/2023** | **X** | | **Illicit material – Redacted image shown to Defendant in interview** | |
| **80** | | | **6/28/2023** | **X** | | **Illicit material – Redacted image shown to Defendant in interview** | |