UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RAYMOND HOLST,<br><br>Defendant. | CR. 22-50022-JLV<br><br><br>VERDICT |

We, the jury duly empaneled and sworn to try the issues in the case, unanimously find as follows:

**COUNT I**

1A. We unanimously find the defendant MICHAEL RAYMOND HOLST (fill in either "not guilty" or "guilty") _____Guilty_____ of Receipt of Child Pornography as charged in count I of the indictment.

If you found the defendant MICHAEL RAYMOND HOLST not guilty of count I, do not complete the following sections. If you found the defendant MICHAEL RAYMOND HOLST guilty of count I, designate by marking the lines below which of the following images you found to be visual depictions containing child pornography. **Your findings as to each image must be unanimous**:

| | | | |
|---|---|---|---|
| _X_ 4 | _X_ 7 | _X_ 10 | _X_ 48 |
| _X_ 5 | _X_ 8 | _X_ 11 | _X_ 49 |
| _X_ 6 | _X_ 9 | _X_ 12 | |

1B. Answer if, and only if, you found Mr. Holst not guilty or are unable to reach a unanimous verdict as to the offense of receipt of child pornography in part 1A of this form.

We unanimously find the defendant MICHAEL RAYMOND HOLST (fill in either "not guilty" or "guilty") _____ of Possession of Child Pornography as a lesser included offense of count I as set out in Instruction No. 25.

If you found the defendant MICHAEL RAYMOND HOLST not guilty of possession of child pornography do not complete the following sections. If you found the defendant MICHAEL RAYMOND HOLST guilty of possession of child pornography, designate by marking the lines below which of the following images you found to be visual depictions containing child pornography. **Your findings as to each image must be unanimous:**

| _____ 4 | _____ 7 | _____ 10 | _____ 48 |
| _____ 5 | _____ 8 | _____ 11 | _____ 49 |
| _____ 6 | _____ 9 | _____ 12 | |

If you found any of the images to be visual depictions containing child pornography, designate by marking the lines below which images, if any, involved a minor who had not attained 12 years of age. **Your findings as to each image must be unanimous:**

| _____ 4 | _____ 7 | _____ 10 | _____ 48 |
| _____ 5 | _____ 8 | _____ 11 | _____ 49 |
| _____ 6 | _____ 9 | _____ 12 | |

2

**COUNT II**

2A.  We unanimously find the defendant MICHAEL RAYMOND HOLST (fill in either "not guilty" or "guilty") _____Guilty_____ of Receipt of an Obscene Visual Representation of the Sexual Abuse of a Minor as charged in count II of the indictment.

If you found the defendant MICHAEL RAYMOND HOLST not guilty of count II, do not complete the following sections.  If you found the defendant MICHAEL RAYMOND HOLST guilty of count II, designate by marking the lines below which of the following images you found to be an Obscene Visual Representation of the Sexual Abuse of a Minor.  **Your findings as to each image must be unanimous:**

| | | | |
|---|---|---|---|
| X 13 | X 18 | X 50 | X 55 |
| X 14 | X 19 | X 51 | X 56 |
| X 15 | X 20 | X 52 | X 57 |
| X 16 | X 21 | X 53 | |
| X 17 | X 22 | X 54 | |

2B.  Answer if, and only if, you found Mr. Holst not guilty or are unable to reach a unanimous verdict as to the offense of receipt of an obscene visual representation of the sexual abuse of a minor in part 2A of this form.

We unanimously find the defendant MICHAEL RAYMOND HOLST (fill in either "not  guilty" or "guilty") _____ of Possession of an Obscene Visual Representation of the Sexual Abuse of a Minor as a lesser included offense of count II as set out in Instruction No. 26.

3

If you found the defendant MICHAEL RAYMOND HOLST not guilty of possession of an obscene visual representation of the sexual abuse of a minor do not complete the following sections. If you found the defendant MICHAEL RAYMOND HOLST guilty of possession of an obscene visual representation of the sexual abuse of a minor, designate by marking the lines below which of the following images you found to be visual depictions containing an obscene visual representation of the sexual abuse of a minor. **Your findings as to each image must be unanimous:**

| | | | |
|---|---|---|---|
| _____ 13 | _____ 18 | _____ 50 | _____ 55 |
| _____ 14 | _____ 19 | _____ 51 | _____ 56 |
| _____ 15 | _____ 20 | _____ 52 | _____ 57 |
| _____ 16 | _____ 21 | _____ 53 | |
| _____ 17 | _____ 22 | _____ 54 | |

If you found any of the images to be visual depictions containing child pornography, designate by marking the lines below which images, if any, involved a minor who had not attained 12 years of age. **Your findings as to each image must be unanimous:**

| | | | |
|---|---|---|---|
| _____ 13 | _____ 18 | _____ 50 | _____ 55 |
| _____ 14 | _____ 19 | _____ 51 | _____ 56 |
| _____ 15 | _____ 20 | _____ 52 | _____ 57 |
| _____ 16 | _____ 21 | _____ 53 | |
| _____ 17 | _____ 22 | _____ 54 | |

**COUNT III**

3.    We unanimously find the defendant MICHAEL RAYMOND HOLST (fill in either "not guilty" or "guilty") ___Guilty_____ of Possession of Child Pornography as charged in count III of the indictment.

If you found the defendant MICHAEL RAYMOND HOLST not guilty of count III, do not complete the following sections. If you found the defendant MICHAEL RAYMOND HOLST guilty of count III, designate by marking the lines below which of the following images you found to be visual depictions containing child pornography. **Your findings as to each image must be unanimous**:

_X_ 63       _X_ 65       _X_ 67       _X_ 69
_X_ 64       _X_ 66       _X_ 68

If you found any of the images to be visual depictions containing child pornography, designate by marking the lines below which images, if any, involved a minor who had not attained 12 years of age. **Your findings as to each image must be unanimous**:

_X_ 63       _X_ 65       _X_ 67       _X_ 69
_X_ 64       _X_ 66       _X_ 68

___6/29/2023___
Date